UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EVAN HART

     v.                                3:07-cv-222-HBF

FAMILY DENTAL GROUP, PC.
KENNETH EPSTEIN

## JUDGMENT

This matter came on for trial before a jury and the Honorable Holly B. Fitzsimmons, United States Magistrate Judge.  On February 12, 2010, after deliberation, the jury returned a verdict in favor of the defendants against the plaintiff.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendants  Family Dental Group, PC., and  Kenneth Epstein against the plaintiff  Evan Hart, and the case is closed.

Dated at Bridgeport, Connecticut, this 19th  day of February, 2010

ROBERTA D. TABORA, Clerk


By:____/s/_____
      Rochelle Jaiman
      Deputy Clerk


Entered on Docket_____